1  Andrew C. Schwartz (State Bar No. 64578)
   **CASPER, MEADOWS, SCHWARTZ & COOK**
2  A Professional Corporation
   California Plaza
3  2121 North California Blvd., Suite 1020
   Walnut Creek, California  94596
4  Telephone:   (925) 947-1147
   Facsimile:    (925) 947-1131
5  Email:  schwartz@cmslaw.com

6  Mark E. Merin, SBN. 043849
   Jeffrey I. Schwarzschild, SBN. 192086
7  **LAW OFFICES OF MARK E. MERIN**
   2001 P Street, Suite 100
8  Sacramento, California  95814
   Telephone:  (916) 443-6911
9  Facsimile:  (916) 447-8336
   Email:  mark@markmerin.com
10
11 Attorneys for Plaintiff
   ROSALETY BARNETT
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSALETY BARNETT, and all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTY OF CONTRA COSTA; CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT; CONTRA COSTA COUNTY SHERIFF WARREN E. RUPF, in his individual and official capacity; CONTRA COSTA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 100; and ROES 1 THROUGH 20, INCLUSIVE,<br><br>            Defendants. | Case No. C 04-04437 TEH<br><br>~~PROPOSED~~ **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>DATE:     September 19, 2005<br>TIME:     1:30 p.m.<br>CTRM:   12, 19th Floor<br>JUDGE:   Thelton E. Henderson |

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Barnett, et al. vs. County of Contra Costa, et al.*                                                    Page 1
PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| ROSALETY BARNETT, and all other similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CITY OF LAFAYETTE, CITY OF LAFAYETTE POLICE OFICERS, sued herein as DOES 1 and 2, AND ROES 1 THROUGH 20, INCLUSIVE,<br><br>　　　Defendants. | CASE NO.:  C04-05365 TEH |

IT IS HEREBY ORDERED that the Case Management Conference set for September 19, 2005 be continued to October 24, 2005, at 10:00 a.m., in Courtroom 12, 19th Floor of the above-referenced court, and will be heard after the currently scheduled motion hearing for Defendants' Motion to Dismiss Plaintiff Peter Morganelli's Claims.

DATED: 09/19/05

HON. THELTON E. HENDERSON
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

IT IS SO ORDERED
Judge Thelton E. Henderson

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Barnett, et al. vs. County of Contra Costa, et al.*　　　　　　　　　　　　　　　　　　Page 2
PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE