1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| ROSALETY BARNETT,   Plaintiffs,   v.   CITY OF LAFAYETTE, CITY OF LAFAYETTE POLICE OFFICERS, sued herein as DOES 1 and 2, and ROES 1 THROUGH 20, INCLUSIVE,   Defendants. | Case No.  C 04-05365 TEH   **STIPULATION AND [PROPOSED] ORDER RE:  RESETTING CASE MANAGEMENT CONFERENCE** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. & PROP. ORDER RE: CMC
C 04-05365 TEH

WHEREAS, a Case Management Conference is scheduled for August 7, 2006, at 1:30 p.m.;

WHEREAS, an Updated Case Management Conference Statement is due on July 27, 2006;

WHEREAS, plaintiffs and defendants have agreed to enter into settlement negotiations to try to resolve this matter;

WHEREAS, counsel for both plaintiffs and defendants have agreed to a conduct settlement negotiations and proceed to mediation on September 26 and 27, 2006, before the honorable Raul A. Ramirez (Ret.);

WHEREAS, the parties agree that the settlement process will be facilitated by continuing the Case Management Conference;

NOW THEREFORE, the parties hereby stipulate and jointly request that the Court continue the Case Management Conference to November 20, 2006, at ~~1:30 p.m.~~ 10:00 AM, or such other date thereafter as may be convenient for the Court, and that the parties shall file an Updated Joint Case Management Statement 10 court days prior to the continued conference.

Dated: July 7, 2006

JAMES V. FITZGERALD, III
NOAH G. BLECHMAN
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER & BORGES, LLP

By: /s/ James V. Fitzgerald, III
James V. Fitzgerald, III
Attorneys for Defendants

Dated: July 7, 2006

MARK E. MERIN
LAW OFFICES OF MARK E MERIN and
CASPER, MEADOWS, SCHWARTZ & COOK

By: /s/ Mark E. Merin
Mark E. Merin
Attorneys for Plaintiffs

**ORDER** [Proposed]

It is so ORDERED.

SF1:634747.1

_____
The Honorable Thelton E. Henderson
Judge, United States District Court
for the Northern District of California