Andrew C. Schwartz (SBN 064578) schwartz@cmslaw.com
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Mark E. Merin (SBN 043849) mark@markmerin.com
**LAW OFFICES OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSALETY BARNETT,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF LAFAYETTE, et al.,<br><br>  Defendants. | Case No. C 04-05365 TEH<br><br>**REQUEST TO APPEAR BY TELEPHONE FOR MARCH 15, 2010 CASE MANAGEMENT CONFERENCE**<br><br>DATE: March 15, 2010<br>TIME: 1:30 p.m.<br>CTRM: 12, 19th Floor<br>JUDGE: Thelton E. Henderson |

Counsel for Plaintiff Andrew Schwartz respectfully requests permission to appear by telephone at the March 15, 2010 case management conference. I will be attending an all day mediation in the case of *Johnson vs. County of Contra Costa*, CV09-1241 WHA, conducted by the Hon. Ron Sabraw (Ret.). The mediation will be held in the JAMS office in Walnut Creek, California and it will be impossible for me to attend the court appearance in person. I could send another lawyer from my office, however; I am of the opinion that the case management conference will be productive with my attendance, rather than my sending someone in my place. I have called opposing counsel to obtain their agreement to this request, but they were out of the office. Mr. Fitzgerald is one of the lawyers involved in this all day mediation that I

will be attending on March 15.  I apologize for this belated request for permission to appear by phone

Respectfully submitted,

Dated:  March 11, 2010                         CASPER, MEADOWS, SCHWARTZ & COOK

BY:           /s/ - "Andrew C. Schwartz"
     Andrew C. Schwartz, Esq.
     Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Thelton E. Henderson
03/11/10

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131