| | |
|---|---|
| 1 | JAMES V. FITZGERALD, III (State Bar No. 55632) |
| | NOAH G. BLECHMAN (State Bar No. 197167) |
| 2 | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, |
| | PFALZER, BORGES & BROTHERS LLP |
| 3 | 1211 Newell Avenue |
| | Post Office Box 5288 |
| 4 | Walnut Creek, CA 94596 |
| | Telephone: (925) 939-5330 |
| 5 | Facsimile: (925) 939-0203 |
| 6 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSALETY BARNETT, | Case No. C04-05365 TEH |
| Plaintiff, | **REQUEST TO APPEAR BY TELEPHONE FOR MARCH 15, 2010 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY OF LAFAYETTE, et al., | DATE: MARCH 15, 2010 |
| Defendants. | TIME: 1:30 P.M. |
| | CTRM: 12, 19TH FLOOR |
| | JUDGE: THELTON E. HENDERSON |

Defendants hereby join in Plaintiff's counsel's request to appear by telephone for the March 15, 2010 case management conference for the reasons stated in counsel's request to appear by phone. I apologize for this belated request for permission to appear by phone but I was originally going to have Peter Obstler appear for me at the same time as the *Barnett v. CCC* case management conference which has been vacated.

IT IS SO ORDERED
*Thelton Henderson*
Judge Thelton E. Henderson
03/12/10

REQUEST TO APPEAR BY TELEPHONE

| | |
|---|---|
| Dated: March _12__, 2010 | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |

By: ___/s/ James V. Fitzgerald, III___
    James V. Fitzgerald, III
    Noah G. Blechman
    Attorneys for Defendants