| | |
|---|---|
| 1 | JAMES V. FITZGERALD, III (State Bar No. 55632) |
| 2 | NOAH G. BLECHMAN (State Bar No. 197167)<br>McNAMARA, DODGE, NEY, BEATTY, SLATTERY,<br>PFALZER, BORGES & BROTHERS LLP |
| 3 | 1211 Newell Avenue<br>Post Office Box 5288 |
| 4 | Walnut Creek, CA 94596<br>Telephone: (925) 939-5330 |
| 5 | Facsimile:  (925) 939-0203 |
| 6 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSALETY BARNETT,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF LAFAYETTE, et al.,<br><br>   Defendants. | Case No. C04-05365 TEH<br><br>**REQUEST TO APPEAR BY TELEPHONE FOR MARCH 15, 2010 CASE MANAGEMENT CONFERENCE**<br><br>**DATE: MARCH 15, 2010**<br><br>**TIME: 1:30 P.M.**<br><br>**CTRM: 12, 19TH FLOOR**<br><br>**JUDGE: THELTON E. HENDERSON** |

   Defendants hereby join in Plaintiff's counsel's request to appear by telephone for the March 15, 2010 case management conference for the reasons stated in counsel's request to appear by phone. I apologize for this belated request for permission to appear by phone but I was originally going to have Peter Obstler appear for me at the same time as the *Barnett v. CCC* case management conference which has been vacated.

IT IS SO ORDERED
Judge Thelton E. Henderson
03/12/10

REQUEST TO APPEAR BY TELEPHONE

| | | |
|---|---|---|
| 1 | Dated: March _12__, 2010 | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |
| 2 | | |

By:   /s/ James V. Fitzgerald, III
        James V. Fitzgerald, III
        Noah G. Blechman
        Attorneys for Defendants