1  Mark E. Merin (State Bar No. 043849)
   W. Gordon Kaupp (State Bar No. 226141)
2  **LAW OFFICE OF MARK E. MERIN**
   2001 P Street, Suite 100
3  Sacramento, California  95811
   Telephone:     (916) 443-6911
4  Facsimile:     (916) 447-8336
   E-Mail:        mark@markmerin.com
5                 gordon@markmerin.com

6  Andrew C. Schwartz, SBN 64578
   **CASPER, MEADOWS, SCHWARTZ & COOK**
7  2121 North California Blvd., Suite 1020
   Walnut Creek, CA 94596
8  Telephone:     (925) 947-1147
   Facsimile:     (925) 947-1131
9  Email:         schwartz@cmslaw.com

10 Attorneys for Plaintiffs

11 James V. Fitzgerald, III, SBN 55632
   **MCNAMARA, DODGE, NEY, BEATTY,**
12 **SLATTERY, PFALZER & BORGES, LLP**
   1211 Newell Avenue
13 Post Office Box 5288
   Walnut Creek, CA 94596
14 Telephone:     (925) 939-5330
   Facsimile:     (925) 939-0203
15 Email:         james.fitzgerald@mcnamaralaw.com

16 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSALETY BARNETT,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LAFAYETTE, CITY OF LAFAYETTE POLICE OFFICERS, sued herein as DOES 1 and 2, and ROES 1 THROUGH 20, INCLUSIVE,<br><br>    Defendants. | CASE NO: C 04-05365 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE [Fed. R. Civ. Proc. 41(a)(1)(A)(ii)]** |
|---|---|

\\\

\\\

\\\

1

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**
*Rosalety Barnett vs. City of Lafayette, et al.;* USDC, Northern District, Case No. C 04-05365 TEH

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties herein, by and through their respective counsel, hereby stipulate that the above action and the complaint for damages filed on December 20, 2004, be and hereby is DISMISSED, and that each party shall bear their costs of suit incurred herein, including attorneys' fees.

DATED: October 4, 2010         Respectfully Submitted,

                                          LAW OFFICE OF MARK E. MERIN and
                                        CASPER, MEADOWS, SCHWARTZ & COOK

                                          /s/ - "Mark E. Merin"
                                  By: _____
                                          Mark E. Merin
                                          Attorneys for Plaintiffs

DATED: October 4, 2010         Respectfully Submitted,

                                        MCNAMARA, DODGE, NEY, BEATTY,
                                        SLATTERY, PFALZER & BORGES, LLP

                                          /s/ - "James V. Fitzgerald, III"
                                  By: _____
                                          James V. Fitzgerald, III
                                          Attorneys for Defendants

**ORDER**

It is so ORDERED.

DATED: 10/08/10        _____
                                        The Honorable Thelton E. Henderson
                                        Judge, United States District Court
                                        for the Northern District of California

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**
*Rosalety Barnett vs. City of Lafayette, et al.;* USDC, Northern District, Case No. C 04-05365 TEH